IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BEATRICE HUDSON,** | ) | **CASE NO. 8:10CV451** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **CITY OF OMAHA,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on its own motion. On December 16, 2010, the Clerk of the court sent a Memorandum and Order to Plaintiff at her last known address. (Filing No. 6.) On January 24, 2011, it was returned to the court as undeliverable, and no forwarding information was provided. (Filing No. 7.) Plaintiff has an obligation to keep the court informed of her current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

    IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until **February 25, 2011**, to apprise the court of her current address, in the absence of which this case will be dismissed without prejudice and without further notice; and

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: February 25, 2011: deadline for informing court of new address.

    DATED this 26th day of January, 2011.

                                                   BY THE COURT:

                                                   s/Laurie Smith Camp
                                                   United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.